UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN WOLCOTT, and )<br>BRADLEY ELDRIDGE )<br>)<br>Re: 323 Mayberry Street ) | Case NO. 2:08cr00013<br>Judge Haynes |

*[Handwritten: Order — This motion is GRANTED. [signature] 3-23-12]*

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND ENTER CONSENT ORDER OF FORFEITURE

COMES NOW the United States of America, by and through Jerry Martin, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and Howard L. Upchurch, Attorney for Petitioner The Bank of Crossville The First National Bank of Pikeville, Tennessee, Phillip L. Crawford, Trustee, and Bradley Eldridge and hereby requests this Court approve the attached Settlement Agreement and Mutual Release as all matters between these parties have been settled and compromised, and upon approval, enter a Consent Order of Forfeiture and dismiss the within action with prejudice.