UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 2:08CR00013 |
| Plaintiff, ) | JUDGE HAYNES |
| v ) | |
| ) | Re: Ancillary Proceedings |
| [1] JOSEPH WOLCOTT, a/k/a "Wildcat" et al ) | |
| ) | |
| Defendants, ) | |
| ) | |
| Petitioners Deanna Wolcott and First National ) | |
| Bank of Tennessee ) | |

MOTION FOR DATE CERTAIN
FOR DEANNA WOLCOTT'S RESPONSE TO MOTION TO DISMISS D.E. 918

COMES NOW the United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee and Debra T. Phillips, Assistant United States Attorney and moves this honorable court to set a date certain for Deanna Wolcott to file a response to the United States Motion to Dismiss Deanna Wolcott's Petition regarding Vehicles and Personalty. (D.E. 918 ).

The court allowed Ms. Wolcott thirty (30) days from March 16, 2012 to retain new counsel and ordered her response to the motion be stayed pending her obtaining new counsel. (D.E. 933: Order). There has been no appearance of new counsel for Ms. Wolcott filed with the court. Therefore, the United States respectfully asks this court to set a date certain of May 20, 2012 for Ms. Wolcott to enter a response to the Motion to Dismiss

Respectfully submitted this 23rd day of April, 2012.

*[Handwritten annotation, partially legible: "Granted. Ms. Wolcott ordered ... Wolcott has until May 20, 2012 to file her response to the United States' motion to dismiss. ... 4-25-12"]*

Page 1 of 2

Case 2:08-cr-00013  Document 940  Filed 04/23/12  Page 1 of 2 PageID #: 5526