## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case NO. 2:08cr00013 |
| | ) | CHIEF JUDGE HAYNES |
| KEVIN WOLCOTT and | ) | |
| BRADLEY ELDRIDGE, | ) | |
| | ) | |
| Defendants, | ) | Ancillary Proceedings Re: |
| | ) | 32 Small Lane, Crossville a/k/a |
| | ) | 32 Pomona, Crossville |
| CATHY KNIGHT and THE BANK OF | ) | |
| CROSSVILLE THE FIRST NATIONAL | ) | |
| BANK OF PIKEVILLE, TENNESSEE | ) | |
| | ) | |
| Petitioners. | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon reading and filing of the Joint Motion to Approve Settlement Agreement and Enter

an Agreed Order of Forfeiture Consisting of $5,000.00 United States Currency Money Judgment

In Lieu of Forfeiture of 32 Small Lane a/k/a 32 Pomona, Crossville Tennessee, and the Court being

fully otherwise advised in the premises:

**IT IS ORDERED** that the attached Settlement Agreement and Mutual Release

("Settlement Agreement") is hereby approved and the conditions agreed upon therein are Ordered

as if set forth specifically herein;

**IT IS FURTHER ORDERED** that an Agreed Order of Forfeiture Consisting of a $5,000

United States Currency Money Judgment in Lieu of Forfeiture will enter, and the funds paid to

satisfy this Money Judgment will be forfeited and deposited in the appropriate Asset Forfeiture

Fund for disposition according to law;

**IT IS FURTHER ORDERED** that a Quitclaim Deed transferring the real property which is the subject of this ancillary proceeding and is commonly known as 32 Small Lane a/k/a 32 Pomona, Crossville, Tennessee to Cathy Knight will be filed of record, and that the United States is released from any debts and mortgages on said property.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court retains jurisdiction in this matter for enforcement, if necessary;

**IT IS SO ORDERED** this _____ day of _____ 2012.

William Joseph Haynes, Jr.
UNITED STATES CHIEF DISTRICT JUDGE

2