UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case NO. 2:08cr00013 |
| ) | CHIEF JUDGE HAYNES |
| KEVIN WOLCOTT and ) | |
| BRADLEY ELDRIDGE, ) | |
| ) | |
| Defendants, ) | Ancillary Proceedings Re: |
| ) | 32 Small Lane, Crossville a/k/a |
| ) | 32 Pomona, Crossville |
| CATHY KNIGHT and THE BANK OF ) | |
| CROSSVILLE THE FIRST NATIONAL ) | |
| BANK OF PIKEVILLE, TENNESSEE ) | |
| ) | |
| Petitioners. ) | |

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND ENTER AN AGREED ORDER OF FORFEITURE CONSISTING OF $5,000.00 UNITED STATES CURRENCY MONEY JUDGMENT IN LIEU OF FORFEITURE OF 32 SMALL LANE a/k/a 32 POMONA, CROSSVILLE, TENNESSEE

COMES NOW the United States of America, by and through Jerry Martin, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, with agreement of Petitioners Cathy Knight and The Bank of Crossville The First National Bank of Pikeville, Tennessee and move this Court to approve the Settlement Agreement and Mutual Release (attached as Exhibit 1) as all matters between the United States and Petitioners have been settled and compromised with regard to Petitioners' claims against real property located at 32 Small Lane, Crossville, TN a/k/a 32 Pomona, Crossville, TN, and upon approval, enter an Agreed Order of Forfeiture consisting of $5,000 United States Currency Money Judgment in lieu of forfeiture of 32 Small Lane a/k/a 32 Pomona, Crossville, TN pursuant to the terms of the Settlement Agreement.