UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2:08-CR-00013 |
| | ) | CHIEF JUDGE HAYNES |
| JOSEPH WOLCOTT, | ) | |
| a/k/a "Wildcat," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Deanna Wolcott, Petitioner. | ) | |

### PETITIONER DEANNA WOLCOTT'S WITHDRAWAL OF PETITION REGARDING VEHICLES AND PERSONALTY

COMES NOW Petitioner Deanna Wolcott, by and through her attorney, Howard L. Upchurch, with agreement of the United States, and hereby withdraws Petitioner's Third Party Petition For Hearing to Determine Validity of Her Interest in Property (D.E. 771) as to the following personalty which is subject to forfeiture in this matter:

(1) 1966 Blue Chevrolet Nova II bearing VIN # 118376N129188,

(2) 2004 Caterpillar bearing VIN # CAT0247BPMTL00360,

(3) 1955 White & Green Chevrolet Bel Air Sedan bearing VIN # VC555050937,

(4) 1966 Maroon Chevelle Coupe bearing VIN# 138176A147611,

(5) 1963 Red Chevrolet Nova SS bearing VIN# 30467W119948,

(6) 1965 Chevrolet bearing VIN# 138375A134260,

(7) $88,724.00 United States currency seized from 3979 Taylor's Chapel Road, Crossville, Tennessee on December 5, 2008,

(8) $6,383.00 United States currency seized from the person of Joseph Wolcott on December 5, 2008, and

(9) Precious metals including ten ounces of silver bars seized from the residence of