UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2:08-CR-00013 |
| | ) | CHIEF JUDGE HAYNES |
| JOSEPH WOLCOTT, | ) | |
| a/k/a "Wildcat," | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE AS TO VEHICLES AND PERSONALTY ONLY

Pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1) and the procedures set forth at Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following vehicles and personalty only:

A. **Conveyances**

(1) 1966 Blue Chevy Nova II bearing VIN # 118376N129188,

(2) 2004 Caterpillar bearing VIN # CAT0247BPMTL00360,

(3) 1955 White & Green Chevy Bel Air Sedan bearing VIN # VC555050937,

(4) 1966 Maroon Chevelle Coupe bearing VIN# 138176A147611,

(5) 1963 Red Chevy Nova SS bearing VIN# 30467W119948, and

(6) 1965 Chevy Nova bearing VIN# 138375A134260.