UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 2:08CR00013 |
| Plaintiff, ) | JUDGE HAYNES |
| v ) | |
| ) | Re: Ancillary Proceedings |
| [1] JOSEPH WOLCOTT, a/k/a "Wildcat" et al ) | |
| ) | |
| Defendants, ) | |
| ) | |
| Petitioner Cathy Knight ) | |

## ORDER

Upon representations of Assistant United States Attorney Debra Teufel Phillips and Petitioner Cathy Knight, a review of the pleadings in this matter, and the Court being fully otherwise advised in the premises, the Court finds as follows:

**WHEREAS**, the parties entered into a Settlement Agreement on August 23, 2012 which allowed Cathy Knight to purchase the interest of the United States in forfeited property known as 32 Small Lane a/k/a/ 32 Pomona, Crossville, Tennessee for a sum of $5,000.00;

**WHEREAS**, pursuant to the Settlement Agreement Cathy Knight has agreed to pay $100/ month to the Internal Revenue Service to purchase said property;

**IT HEREBY ORDERED, ADJUDGED AND DECREED** that Fairfield Glade Community Club will deduct $50 every two weeks from the pay of Cathy Knight to pay to the Internal Revenue Service, c/o United States Attorney's Office, 110 9th Avenue South, Suite A-960, Nashville, TN 37203, in satisfaction of the aforesaid Settlement Agreement.

**IT HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that upon receipt of $5,000 total, the United States will release the lis pendens on the property and execute any documents necessary to transfer the interest of the United States to Cathy Knight.

**SO ORDERED** this 23rd day of July, 2013

_____
JUDGE WILLIAM JOSEPH HAYNES, JR
CHIEF UNITED STATES DISTRICT COURT JUDGE

Approved for Entry this 22nd day of July:

_____
Cathy Knight

_____
Debra Teufel Phillips
Assistant United States Attorney